FILED

OCT 22 2014

Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. )   Criminal Case No.: 14 CR 209 (TSC)
)
)
RYAN LEIGH HARSHA )
a/k/a  LEE MAYJORS )
)

## WAIVER OF INDICTMENT

I, _____RYAN LEIGH HARSHA_____, the above-named defendant, who is accused of

FRAUD WITH IDENTIFICATION DOCUMENTS; Fraud and Related Activity in Connection with Identification Documents  (in violation of 18:1028(a))

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____OCTOBER 22, 2014_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____   Date: _____10/22/14_____

Tanya S Chutkan
United States District Judge