**FILED**

OCT 2 2 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Case No. 1:14-cr-00209 (TSC) |
| : | |
| v. : | 18 U.S.C. § 1028(a) (Fraud in |
| : | Connection with Identification |
| : | Documents) |
| RYAN LEIGH HARSHA, : | |
| : | |
| Defendant. : | |

## STATEMENT OF OFFENSE

Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the defendant, Ryan Leigh Harsha ("Harsha"), and the United States agree and stipulate as follows:

1. On or about March of 2013, defendant Ryan Leigh Harsha operated a business creating and selling false identification documents out of his home in Washington, D.C., located at 1514 26th Street, N.W. Defendant Harsha operated the illegal business using the name "24hourID," and advertised the false identification documents on the online service YouTube. Defendant Harsha created the false identification documents in his home in Washington, D.C. using materials he had obtained including holographic laminates, laptop computers, photo printers, electronic scanners, and card stock.

2. On March 9, 2013, the United States Customs and Border Protection Agency ("CBP") at Chicago, Illinois, O'Hare Airport inspected a package ("the package") that had been shipped to the United States from Malaysia by DHL, a worldwide shipping company. According to the address label, the package was to be delivered to "Lee Majors," at "1514 26th Street, N.W., STE 1, Washington, D.C." An inspection of the package revealed that it contained 502 laminate heat seal covers, each containing the holographic image of the seal of the State of Illinois Motor Vehicle Agency.

3.   Laminate heat seal covers with embedded holographic images are frequently used by government agencies in the United States when producing identifications. An agency prints an individual's identifying information on cards or paper via a computer and/or special printer. That identification is then sealed in a laminate heat seal. Agencies will typically embed holographs on their laminate heat seals in an effort to prevent duplication or fraudulent manufacturing of fictitious identifications, documents, or driver's licenses. Shortly after the package was inspected by CBP, it was seized and transferred to the custody of the Washington, D.C. office of the Department of Homeland Security's Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI").

4.   On March 13, 2013, HSI agents and a Washington, D.C., Metropolitan Police Department ("MPD") detective conducted a controlled delivery of the package to 1514 26th Street, N.W., Washington, D.C. 20007. An undercover agent ("UC") knocked on the door of 1514 26th Street, N.W., Washington, D.C. 20007. An adult white male answered the door and identified himself orally as "Lee Majors" (initially, there was no discussion of the spelling of the name). The UC displayed the package, and "Lee Majors" stated that it was for him. HSI agents and the MPD detective approached the door, identified themselves as law enforcement, and indicated that they wanted to talk to "Lee Majors" about the package. The male who had identified himself orally as "Lee Majors" then denied having any knowledge of the package and denied ownership of the package. The man who had identified himself orally as "Lee Majors" further stated that he was not expecting a package and that he did not use DHL as a method of shipping or receiving packages. The agents and detective confronted the man on this apparent inconsistency, and showed him the shipping label on the package with the name "Lee Majors." The man who had identified himself orally as "Lee Majors" stated that the package label did not

have the correct spelling of his name. The man was asked for the correct spelling of his name, and he answered: "L-E-E-M-A-Y-J-O-R-S." The agents and detective asked the man to produce some identification, and he said he was unable to do so. The man then left the premises.

5. HSI agents conducted a search of online resources Google and YouTube using the name "Lee Mayjors." These searches revealed that an individual using the name "Lee Mayjors" operated an identity document production business called "24hourID" (with email address of 24hourID@gmail.com). Examination of YouTube hits returned during the Google search revealed multiple video reviews of "24hourID," which were posted by individuals who claimed that they had purchased fake identification cards from "24hourID." Several of the reviews included videos displaying the fake identification cards and pointing out the high-quality features of the fake identification cards, including holograms and micro-printing. The identification cards depicted in the videos included driver's licenses purportedly issued from Illinois and California. Several comments were posted regarding the reviews, including several posted by an individual using the name "Lee Mayjors," who commented on the high quality and authenticity of the identification cards made by "24hourID." The person commenting as "Lee Mayjors" posted his email address as leemayjors3@gmail.com.

6. A judge for the Superior Court for the District of Columbia issued a search warrant for 1514 26th Street, N.W., Washington, D.C. 20007, on March 13, 2013. Law enforcement agents executed the search warrant that same day, and recovered from the apartment numerous items used to produce and distribute false identification documents. The residence was a one-room studio apartment on the first floor of the building at 1514 26th Street, N.W., Washington, D.C. Upon entering the residence, agents discovered multiple completed and in-process fraudulent driver's licenses in multiple names, two laptop computers, two photo printers,

an electronic scanner, ink cartridges, 1,278 blank card stock, a credit card reader, cellular telephones, miscellaneous documents, and 114 Illinois Department of Motor Vehicles holographic laminate sheets similar to 502 laminates found in the DHL package intended for delivery to "Lee Majors." Agents discovered numerous completed fraudulent Illinois driver's licenses in other individuals' names, including two that were inside stamped letter sized envelopes addressed to different individuals. Agents discovered a hand-written receipt for a security deposit and rent payment for the address where the search occurred, indicating that payment was made by "Lee Majors."

7. While searching 1514 26th Street, N.W., Washington, D.C. 20007, agents recovered numerous identifications containing the photograph of the male who identified himself as Lee Mayjors when the HSI agents attempted the controlled delivery of the package. The photograph of the man was printed on five separate driver's licenses:

(a) Maryland (with the name Ryan Leigh HARSHA, DOB 02/17/1980, Driver's License Number H-620-755-501-126)

(b) Illinois (with the name Morgan Adessa, DOB 01/31/1976, Driver's License Number A300-4091-1142)

(c) California (with the name Robert Allen Chichester, DOB 03/17/1980, Driver's License Number E2883719)

(d) California (with the name Lee Thomas MAJORS, DOB 03/17/1980, Driver's License Number E2775710)

(e) New York (Lee Thomas MAYJORS, DOB 02/17/1980, Driver's License Number 353357627)

8. Records checks were run for the individuals listed on each of the five identifications containing the photograph of the man who had earlier identified himself as Lee Mayjors, using the name, date of birth, and driver's license number. Positive results matching the search criteria were obtained for one name only. The identity that was attached to a record was the one from Maryland in the name of Ryan Leigh HARSHA (DOB 2/17/1980). A law enforcement official from the Metropolitan Police Department searched a police database for the name Ryan Leigh HARSHA with the date of birth of 02/17/1980, and identified a booking photograph from a prior arrest in the District of Columbia. Law enforcement agents examined the booking photograph for Ryan Leigh HARSHA, and identified the man pictured in the photograph as the same person who answered the door at 1514 26th Street, NW, Washington, D.C., on March 13, 2013.

9. In addition to the physical evidence seized during the search warrant, HSI Agents obtained search warrants for the laptop computers found in HARSHA's residence. Discovered during the forensic analysis of the laptop computers were numerous images and programs utilized to create fake drivers licenses, as well as JPEG images of signatures, head shots, and purchase/order forms for fake identity documents. Also found were several video reviews of the documents, similar to those posted by Lee Mayjors on the 24HourID YouTube Channel.

Respectfully submitted,

*/s/ MJF for*
RONALD C. MACHEN JR.
United States Attorney

By: _____
Michael J. Friedman
Assistant United States Attorney

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Federal Rule of Criminal Procedure 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense, and declare under penalty of perjury that it is true and correct.

Date: 10-22-14

Ryan Leigh Harsha
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have discussed this Statement of Offense with my client, Ryan Leigh Harsha. I concur with her decision to stipulate to this Statement of Offense.

Date: 10-22-14

Jonathan Jeffress, Esq.
Attorney for Defendant