## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Case No. 14-cr-209 (TSC) |
| | ) | |
| RYAN LEIGH HARSHA, | ) | |
| | ) | |
| Defendant. | ) | |

### SENTENCING SCHEDULING ORDER

On October 22, 2014, the defendant entered a guilty plea, which the Court accepted as knowing and voluntary.  In accordance with the oral representations of the Court made during the plea hearing and the consent of the parties, it is hereby **ORDERED** that the following schedule shall govern the sentencing proceedings in this case:

1. The sentencing hearing in this case will occur on **December 18, 2014**, **at 11:30am in Courtroom 2**;

2. The probation officer assigned to this case must disclose the initial version of the presentence investigation report to the parties by **December 2, 2014**;

3. Counsel must submit their objections (if any) to the initial presentence investigation report to the probation officer by **December 4, 2014**;

4. The probation officer must disclose to the parties and file with the Court the final presentence investigation report by **December 11, 2014**;

5. Any party wishing to submit a memorandum in aid of sentencing with the Court must do so by **December 15, 2014,** with all responses (if any) due

1

**December 17, 2014 at 1pm**.  The parties' submissions must contain

supporting case law or any other authority that the parties intend to rely upon.

**SO ORDERED.**

Date:  October 23, 2014

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge