**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | Cr. No. 14-209 (TSC) |
| | ) | |
| **RYAN HARSHA,** | ) | Sentencing Date: December 22, 2014 |
| | ) | |
| Defendant. | ) | |

## MR. RYAN HARSHA'S NOTICE OF FILING

Defendant, Mr. Ryan Harsha, through undersigned counsel, respectfully submits this Notice of Filing, attaching sentencing letters in anticipation of Mr. Harsha's sentencing on December 22, 2014. Attached to this Notice are letters to Your Honor regarding Mr. Harsha from Mr. Harsha's girlfriend, Melissa C. Cohen, and his friend, Barbara Behnke. Mr. Harsha's Memorandum In Aid Of Sentencing will follow shortly.

Respectfully submitted,

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500, ex. 134