The Honorable Tanya S. Chutkan

United States Chief District Judge

333 Constitution Avenue, N.W.

Washington, D.C. 20001

Dear Judge Chutkan,

    I have known Mr. Ryan Harsha for about 3 years.  When we first met I was going through a difficult time, as my daughter had just been diagnosed with Type 1 Diabetes weeks before.  Prior to meeting we had spoken several times and I told him about my daughter.  Mr. Harsha is such a genuine and caring person that he did a lot of research on Type 1 Diabetes prior to our meeting and was a wonderful support to me.  As our relationship grew, he met my daughter and helped us tremendously.  He even would joke around with my daughter pretending that her insulin pens (shots) were little microphones and would get her to laugh and give her shots to her.  As the time went by he has always been supportive to me and my daughter, both emotionally and financially.

    Mr. Harsha had a rough life prior to our meeting.  He was primarily raised by his mother and maternal grandparents.  He had a particularly difficult time when the 3 most influential people in his life died tragically within 2 years.  His mother, whom he cared for, his maternal grandfather and his best friend all passed unexpectedly.  This affected him greatly.

    Mr. Harsha is the kind of person who enjoys helping others.  When he was living with me a couple of years ago he was a favorite in the neighborhood.  One day he was home when my next door neighbor needed to take her oldest child to the doctor but her husband needed to work late that evening.  She trusted Mr. Harsha to care for her infant twin sons so she could go to the doctor with her oldest child.  He was also always helping with the yard work at my house and with neighbors when he could.  He loved having a normal family life with us.

    Every year my daughter and I do the JDRF (Juvenile Diabetes Research Foundation) 5k and Mr. Harsha is always a generous supporter to the cause.  When he is home, he will be an active member in the PTA at my daughter's school and help out with all the other activities that we are involved in.  Mr. Harsha is very musically talented and can't wait to teach my daughter how to play the guitar and violin.  He is a very involved step father figure in her life.

    My daughter and I are anxiously awaiting his return home.  She has already made him a Christmas card and crafted him a little gift that she is excited to give to him.  We are very happy that he is taking care of everything so that we can all finally be together and have a normal family life.  I have no

doubts in my mind that he will never commit any offense again.  We want to get married and maybe have another child and that is just not something that I would tolerate and he knows it and agrees.

      My parents, siblings and friends are all excited for him to come home.  We are beginning to make plans with both of our families and everyone is excited for our fresh start.

Sincerely,

/s/

Melissa C. Cohen