The Honorable Tanya S. Chutkan

United States Chief District Judge

333 Constitution Avenue, N.W.

Washington, D.C. 20001


Dear Judge Chutkan,

    I have known Mr. Ryan Harsha for maybe 3 years and I am a good friend to Melissa Cohen.  I provide daycare for her daughter, Gretchen.  Mr. Harsha is a great guy.  I remember when him and Melissa began dating he would come with her to pick up Gretchen or drop her off and he was always so friendly to everyone.  One example of what a caring person he is, is when Gretchen was out of pen needles for her insulin shots and Melissa was at work.  Mr. Harsha went to the pharmacy and picked up her prescription, paid for them and brought them over to my house since he was more local than Melissa was at the time.  Gretchen also always spoke fondly of Mr. Harsha and thought of him as a father figure.

    I know that Melissa and Gretchen will benefit greatly by having Mr. Harsha back in their lives permanently.  Melissa has made sure that the ground rules are very clear because she wants a normal family life with him.  She will not tolerate any illegal activity and I know that Mr. Harsha loves her so much that he wouldn't dare break that trust.

    I am looking forward to seeing Mr. Harsha soon and am excited for him, Melissa and Gretchen to be able to be a normal loving family.


                                                  Sincerely,

                                                  /s/

                                              Barbara Behnke