**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Cr. No. 14-209 (TSC)** |
| | ) | |
| **RYAN HARSHA,** | ) | **Sentencing Date:  December 22, 2014** |
| | ) | |
| **Defendant.** | ) | |

_____

### MR. RYAN HARSHA'S NOTICE OF FILING

Defendant, Mr. Ryan Harsha, through undersigned counsel, respectfully submits this

Notice of Filing, attaching his sentencing letter to the Court.


Respectfully submitted,


_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500, ex. 134