Dear, Judge Chutkin

My ~~name~~ is Ryan L. Harsha and I will be sentenced by you on December 22nd 2014. I have been imprisoned since August 15th 2014 at DCDOC and CTF/CCA. Since my arrest I have had plenty of time to think about myself, my family, my failures, and my ignorance. Prior to my mothers death in 2006 I was a upstanding citizen and law abiding with a not so good driving record. When my mother died on September 2nd 2006 my life changed forever. She was my best friend and kept me from making mistakes. A part of me died with her that day. I turned to alcohol and drugs to cope. I quit my job, left my girlfriend, and became ANTI-SOCIAL

(1)

As my PSR shows I have made a GREAT deal of trouble for myself. I have hired lawyers in EVERY case to take the correct steps in righting my wrongs. I appologize to you from the bottom of my heart. I am deeply sorry for all the hurt, pain, and stress I have caused. Since my incarceration, I have sought help for my substance abuse. I have been in contact with NA and AA (stay sober inc.) I also have become a TUTOR on the GED block @ DCDOC helping inmates learning to do basic reading, writing, and mathmatics. I have been also doing one on one tutoring at CCA/CTF. I am also talking with the mental health staff —

②

to deal with my depression from my mothers death. I have been CLEAN and SOBER for 130 days now. I am thinking very clearly now and feel as I am making great progress. I have new court dates for my cases in 2015 to take care of ALL these matters. The only support and family I have is my future Wife Melissa Cohen. She is the only family I have in my corner. I will have her in my life for my future and NEW start. I promise you on my mothers grave that I will never EVER ~~~~ ~~break~~ the law again. You will never see me in your courtroom again. I can't

③ tell you enough how sorry I truly am. —

I throw myself on the mercy of the court. I ask for the opportunity to start my new begining of life on the outside with my future wife and six year old daughter Gretchen. They need my help as much as I need theirs. I will make every day that I am free and alive a lawful and honest life. I sincerly regret my choices and thought about it everyday and will never forget it. Thank you for taking the time to read this letter.

Regards,
Ryan L Harsha

(4)